Casey Jensen, Bar No. 263593
Email: cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 South Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone No. (213)488-4100
Telecopier No. (213)488-4180

Attorneys for Judgment Creditor, Carpenters Southwest Administrative Corporation, formerly known as Carpenters Southern California Administrative corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION,<br><br>　　　　Judgment Creditor,<br><br>v.<br><br>CHARLES WATSON, individually and doing business as C.W. ACOUSTICS,<br><br>　　　　Judgment Debtor. | CASE No. LA87CV00584-AHS<br><br>RENEWAL OF JUDGMENT BY CLERK |

　　The judgment debtor, CHARLES WATSON, individually and doing business as C.W. ACOUSTICS ("DEBTOR"), having judgment entered against DEBTOR on November 21, 1987 and renewed on December 21, 1994, on September 20, 2002 and on October 20, 2009.

　　NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION ("CSAC"), and upon declaration that DEBTOR has failed to pay the total amount of said judgment; and that DEBTOR is indebted to CSAC.

| | | | | | |
|---|---|---|---|---|---|
| 1 | | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment |
| 2 | against DEBTOR be renewed in the amount of $115,219.12 which is broken down |
| 3 | as follows: |
| 4 | Judgment as entered: |

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEBTOR be renewed in the amount of $115,219.12 which is broken down as follows:

Judgment as entered:

    a.    Principal ................................................................ $ 45,933.56

    b.    Credit received ...................................................... $ 0.00

    c.    Judgment interest ................................................... $ 917.28

    d.    Attorney Fees ........................................................ $ 3,360.00

    e.    Costs ...................................................................... $ 320.50

Subtotal (Judgment as renewed) ........................................ $ 64,390.75

    h.    Less credits after judgment .................................. $ 0.00

    i.    Interest after judgment computed from December 27, 1994 through April 30, 2001 at 7.22% ($12.91 per day) ................................ $ 34,131.02

Subtotal (Judgment as renewed) ........................................ $ 98,521.77

    j.    Less credits after renewal ..................................... $ 0.00

    k.    Interest after renewal computed from September 20, 2002 through October 15, 2009 at 1.731% ($5.26 per day) ............................................. $ 12,699.88

Subtotal (Judgment as renewed) ........................................ $ 111,221.65

////

////

////

////

|   |   |   |   |   |
|---|---|---|---|---|
| 1 | l. | Less credits after renewal .......................................... | $ | 0.00 |
| 2 | m. | Interest after renewal computed from October 16, 2009 | | |
| 3 | | through August 13, 2019 at 0.36% | | |
| 4 | | ($1.15 per day) ....................................................... | $ | 3,997.47 |
| 5 | GRAND TOTAL ................................................................... | | $ | 115,219.12 |

DATED: August 22, 2019

*Sharon Hall Brown*
Deputy Clerk

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

KIRY K. GRAY, CLERK OF COURT
UNITED STATES DISTRICT COURT

BY: _____
　　CASEY JENSEN
Attorneys For Judgment Creditor,
Carpenters Southwest Administrative
Corporation, formerly known as
Carpenters Southern California
Administrative Corporation

**PROOF OF SERVICE**
**(USDC Case No. SA CV 87-584 AHS)**
**(Carpenters v. Charles Watson, etc.)**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On August 14, 2019, I served a copy of the foregoing document, described as:
**[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT**

**on defendant, addressed as follows**:

Charles Watson
C.W. Acoustics
XXXXXXXXXXXXXXXXXX
Orange, California 92868-2519

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]　(BY DEPOSIT FOR COLLECTION)**　I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on August 14, 2019, at Los Angeles, California.**

**[X]　(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Bridgette Roy_
Bridgette Roy